UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Chaveratana Susia Ledvina,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　Defendants. | **ORDER FOR STATUS AND SCHEDULING CONFERENCE**<br><br>Case No.: 2:14-cv-01414-RFB-PAL |
| Fabian Villarreal,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　Defendants. | Case No.: 2:14-cv-01415-RFB-PAL |
| Christine M. Harwick<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　Defendants. | Case No.: 2:14-cv-01651-RFB-PAL |

| | | |
|---|---|---|
| 1 | Andjelka Knezevic, | |
| 2 |       Plaintiff, | |
| 3 | v. | Case No.: 2:14-cv-01655-RFB-PAL |
| 4 | Eldorado Resorts Corporation *et al.*, | |
| 5 |       Defendants. | |
| 7 | | |
| 8 | Osvaldo Raul Andreatta, | |
| 9 |       Plaintiff, | |
| 10 | v. | Case No.: 2:15-cv-00749-RFB-PAL |
| 11 | Eldorado Resorts Corporation *et al.*, | |
| 12 |       Defendants. | |
| 14 | Rajii Arora, | |
| 15 |       Plaintiff, | Case No.: 2:15-cv-00751-RFB-PAL |
| 16 | v. | |
| 17 | Eldorado Resorts Corporation *et al.*, | |
| 18 |       Defendants. | |
| 20 | Frank Baccala, | |
| 21 |       Plaintiff, | Case No.: 2:15-cv-00752-RFB-PAL |
| 22 | v. | |
| 23 | Eldorado Resorts Corporation *et al.*, | |
| 24 |       Defendants. | |

| | |
|---|---|
| Erin Saak<br><br>        Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-00754-RFB-PAL |
| Saeed Azizi,<br><br>        Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-00755-RFB-PAL |
| Douglas Bull,<br><br>        Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-00756-RFB-PAL |
| Andrew Moser,<br><br>        Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-00757-RFB-PAL |
| Corey Wells,<br><br>        Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-01006-RFB-PAL |

| | |
|---|---|
| Lance Burns,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01009-RFB-PAL |
| Sean Mitropanopolous,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01014-RFB-PAL |
| Steven Olshansky,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01017-RFB-PAL |
| Gail Barnes,<br><br>             Plaintiff,<br> v.<br><br> Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01026-RFB-PAL |
| Don Parr,<br><br>             Plaintiff,<br>v.<br><br>El Dorado Resorts Corporación *et al.,*<br><br>             Defendants. | Case No.: 2:15-cv-01028-RFB-PAL |

| | |
|---|---|
| Mohammed Ali Sekkat,<br><br>    Plaintiff,<br><br>v.<br><br>El Dorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01029-RFB-PAL |
| Marcella Parr,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01030-RFB-PAL |
| Susan Scheinburg,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01031-RFB-PAL |
| Julie Santovito,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01032-RFB-PAL |

  A status and scheduling conference is set for **9:00 a.m., August 13, 2015, in Las Vegas Courtroom 3A** before the Honorable Peggy A. Leen and the Honorable George A. Foley.

  Dated this 31st day of July, 2015.

                    _____
                    Peggy A. Leen
                    United States Magistrate Judge