Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Julie Santovito

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE SANTOVITO,<br><br>Plaintiff;<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-01032-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Julie Santovito and Defendant Eldorado Resorts Corporation, et al., by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

//

//

//

//

//

| | |
|---|---|
| Dated: October 28, 2019 | Dated: October 28, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Joseph M. Ortuno* | */s/ Jill Garcia* |
| Daniel R. Watkins, Esq.<br>Joseph M. Ortuno, Esq.<br>WATKINS & LETOFSKY, LLP<br>Attorneys for Plaintiff | Anthony L. Martin, Esq.<br>Jill Garcia, Esq.<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.<br>Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of October, 2019.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

-2-